IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-cr-00039-2 |
| MICHAEL J. SULLIVAN, MICHAEL LOWRY, ROBERT MULGREW, WILLIE SINGLETARY, THOMASINE TYNES, MARK A. BRUNO, WILLIAM HIRD, HENRY P. ALFANO and ROBERT MOY, | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this   4th   day of April, 2014, upon consideration of Defendant Michael Lowry's Motion for Joinder in Co-Defendant Michael J. Sullivan's Motion to Dismiss Certain Wire Fraud Counts of the Indictment for Lack of Subject Matter Jurisdiction (Doc. No. 161), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE