IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 13-cr-00039-1-2-3-4-9 |
| | : | |
| MICHAEL J. SULLIVAN | : | |
| MICHAEL LOWRY | : | |
| ROBERT MULGREW | : | |
| WILLIE SINGLETARY | : | |
| ROBERT MOY | : | |

### ORDER

**AND NOW,** this 29th day of April, 2014, upon consideration of Defendant Michael J. Sullivan's ("Sullivan") Motion to Dismiss Counts 8, 11, 12, 19, 26, 34, 38, and 39 of the Indictment for Lack of Subject Matter Jurisdiction (Doc. No. 159), the Government's Response in Opposition (Doc. 176), Sullivan's Reply Brief (Doc. No. 185**)**, the Government's Sur-Reply Brief (Doc. No. 195), and the arguments made during the hearing on Monday, April 28, 2014, it is hereby **ORDERED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE

---

[1] Co-Defendants Michael Lowry, Robert Mulgrew, Willie Singletary, and Robert Moy have joined into Sullivan's Motion to Dismiss.