IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **13-39** |
| **MICHAEL SULLIVAN, et. al.** : | |

## ORDER

**AND NOW**, this 22nd day of May 2014, upon consideration of Mr. Alfano's Motion in Limine to exclude the chart marked as exhibit c in the government's pre-trial memorandum (doc. no. 253), the joinder motions of Ms. Tynes (doc. no. 254), Mr. Singletary (doc. no. 255), Mr. Sullivan (doc. no. 256) and Mr. Mulgrew (doc. no. 257) and the government's response thereto (doc. no. 258), **IT IS HEREBY ORDERED** that:

1. Mr. Alfano's motion in limine (doc. no. 253) is **DENIED**;

2. All joinder motions (docs. no. 254, 255, 256 and 257) are **DENIED as moot**

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.