## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL ACTION** |
| v. | : |
| | : 13-39-02, 03, 04 & 05 |
| **MICHAEL SULLIVAN, et. al.** | : |

## ORDER

**AND NOW**, this 6th day of November 2014, upon consideration of defendants' Motions for Judgment of Acquittal (doc nos. 424, 425, 426 and 427), the government's response (doc. no. 435), and Mr. Lowry's reply thereto (doc. no. 436) **IT IS HEREBY ORDERED** that the defendants' motions (doc. nos. 424, 425, 426 and 427) are **DENIED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.