IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| **v.** : | |
| : | **13-39** |
| **MICHAEL SULLIVAN, et. al.** : | |

## ORDER

**AND NOW**, this 6th day of November 2014, upon consideration of the government's motions to admit recordings (doc. nos. 151 and 157); the government's motion to compel testimony (doc. no. 158); Mr. Singletary's motion to exclude exhibits (doc. no. 247); Mr. Lowry's motion to prelude testimony (doc. no. 362); defendants' motions to join in Mr. Sullivan's motion for judgment of acquittal (doc. nos. 385, 386, 387 and 388); defendants' motions for judgment of acquittal (doc. nos. 384, 389 and 393), and consistent with the rulings I placed on the record during trial; **IT IS HEREBY ORDERED** that:

    1.    The government's motions to admit recordings (doc. nos. 151 and 157) are **GRANTED**;

    2.    The government's motion to compel testimony (doc. no. 158) is **DENIED as moot**;[1]

    3.    Mr. Singletary's motion to exclude exhibits (doc. no. 247) is **DENIED**;

    4.    Mr. Lowry's motion to preclude testimony (doc. no. 362) is **DENIED**;

---

[1] The government submitted individualized motions to compel for each immunized witness which I granted throughout trial. *See, e.g.* doc. no. 272.

5. Defendants' motions to join in Mr. Sullivan's motion for judgment of acquittal (doc. nos. 385, 386, 387 and 388) are **DENIED as moot**;[2]

6. Defendants' motions for judgment of acquittal (doc. nos. 384, 389 and 393) are **DENIED**.

                        BY THE COURT

                        /s/ Lawrence F. Stengel
                        LAWRENCE F. STENGEL, J.

---

[2] I denied Mr. Sullivan's motion for judgment of acquittal from the bench following oral argument on July 9, 2014.