## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  CRIMINAL NO.  13-39 |
| | : |
| MICHAEL LOWRY, | : |
| ROBERT MULGREW, and | : |
| THOMASINE TYNES, | : |
| | : |
| Defendants. | : |

AND NOW, this 28th day of November, 2016, after consideration of appellants'
motion to correct and complete the appellate record pursuant to Federal Rule of Appellate
Procedure 10(c) (Doc. No. 607) and appellants' supplemental submission in support
thereof (Doc. No. 610), **IT IS HEREBY ORDERED** the motion is granted to the extent
the recordings of sidebar conferences of May 29, 2014, June 2, 2014, June 19, 2014, and
June 26, 2014 have been transcribed and the transcripts have been made part of the record
of this case. The appellate record is correct and complete as described in the
memorandum accompanying this Order.


BY THE COURT:



_____
LAWRENCE F. STENGEL,  J.